United States District Court
Southern District of Texas
**ENTERED**
December 02, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON SCOGIN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-00359 |
| | § | |
| PIPE PROS, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 14), the Court enters final judgment dismissing this action with prejudice as to Plaintiff Jason Scogin and without prejudice as to members of the putative class.

ORDERED this 2nd day of December, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE